Form 201

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 06−80036

IN THE MATTER OF:
James Stanley Delong     xxx−xx−9146
4000 Laurel Drive
Durham, NC 27703

   Debtor(s)

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

   John A. Northen is discharged as trustee of the estate of the above named debtor.

   The Chapter 7 case of the above named debtor is closed.

Dated: 8/17/09

_____
William L. Stocks
United States Bankruptcy Judge